IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| LOUIS M. TUTT, III, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 1:19cv588 (PTG/IDD) |
| CHRISTINE E. WORMUTH, Secretary of the Army, | ) ) ) ) |
| Defendant. | ) ) ) ) |

## DECLARATION IN SUPPORT OF DEFENDANT'S BILL OF COSTS

I, Kirstin K. O'Connor, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

1. I am an Assistant United States Attorney for the Eastern District of Virginia. I served as counsel for Defendant in the above-captioned action. Based on the expense records for this litigation, I have prepared the Bill of Costs accompanying this declaration and filed with this Court.

2. I have attached as Attachment 1 an itemized list of the deposition costs claimed in Defendant's Bill of Costs.

3. I have attached as Attachment 2 the U.S. Attorney's Office's receipts for the deposition costs claimed in Defendant's Bill of Costs.

4. I certify that the deposition costs reported on the itemized attachment (Attachment 1) were billed by the court reporters to the United States Attorney's Office for the Eastern District of Virginia (Attachment 2). I certify that the court reporting services for which the transcript costs were billed were actually and necessarily performed.

1

5.      I further certify that the depositions identified in Attachment 1 were noticed by the party indicated in the itemized attachment and that the costs of these transcripts were necessarily incurred in this action and required for the defense of this action.

I declare under penalty of perjury that the foregoing is true and correct.


Dated: March 9, 2023                                             _____/s/_____
                                                                 Kirstin K. O'Connor
                                                                 Assistant United States Attorney

# ATTACHMENT 1

| Date | Description of Expense | Notice/Requesting Party | Invoice Number | Vendor | Cost ($) |
|---|---|---|---|---|---|
| 12/16/2022 | Deposition costs for Sonia Martinez | Plaintiff | 548056 | Planet Depos | $274.50 |
| 12/19/2022 | Deposition costs for Louis Tutt | Defendant | 95288 | Diversified Reporting Services | $1,335.00 |
| 12/22/2022 | Deposition costs for John Daniels and Karen Walker | Plaintiff | 549927 | Planet Depos | $796.50 |
| 12/23/2022 | Deposition costs for Letitia Fournillier and Vincent Malone | Plaintiff | 549952 | Planet Depos | $627.00 |
| | | | | | Total: $3,033.00 |

# ATTACHMENT 2

# INVOICE

1 of 1



| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 549927*** | 12/22/2022 | 474360 |
| **Job Date** | **Case No.** | |
| 12/8/2022 | 1:19-cv-588 (PTG/IDD) | |
| **Client and Case Name** | | |
| U.S. Department of Justice, Alexandria (0141) - Tutt -v- Wormuth, Secretary of the Army | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Client:
Kirstin O'Connor, Esquire
U.S. Department of Justice, Alexandria (0141)
2100 Jamieson Avenue
Alexandria, VA 22314

| | | | |
|---|---|---|---|
| TRANSCRIPT WITH INDEX OF: | | | |
| John Joseph Daniels | 89.00 | Pages | 311.50 |
| TRANSCRIPT WITH INDEX OF: | | | |
| Karen A. Walker | 97.00 | Pages | 339.50 |
| Exhibits | 201.00 | Pages | 100.50 |
| Processing Fee | 1.00 | | 45.00 |
| | **TOTAL DUE   >>>** | | **$796.50** |
| | AFTER 1/21/2023  PAY | | $836.33 |

Client law firm, as named above is responsible for the payment of this invoice and such payment is not contingent on any prior receipt of monies by client.  By use of Planet Depos' services client accepts the terms and conditions set forth herein.

For convenience, payment can be made online at https://planetdepos.com/pay with any major credit card- subject to a 3% convenience fee.

For billing questions, please email billing@planetdepos.com or call 888.433.3767.  Invoice disputes must be brought to our attention within 30 days of receipt.  In the event Planet Depos engages an attorney to collect any monies due from client, client shall be responsible for payment of Planet Depos' reasonable attorney's fees.  Thank you for your business.

**Tax ID:** 26-3280557

*Please detach bottom portion and return with payment.*

Kirstin O'Connor, Esquire
U.S. Department of Justice, Alexandria (0141)
2100 Jamieson Avenue
Alexandria, VA 22314

R23VAELE102
"I certify that goods and/or services were received 12/27/22 (date) and accepted on 12/27/22 (date) Oral purchase was authorized and no confirming order has been issued"
Signature _Rachel O. Dashoff_ Date 12/27/22
Print/Type Name and Title _Rachel A. Dashoff_
_Paralegal Specialist_

Invoice No.    : 549927***
Invoice Date   : 12/22/2022
**Total Due**      : **$796.50**
AFTER 1/21/2023  PAY  $836.33

Remit To: **Planet Depos**
**P.O. BOX 791571**
**Baltimore, MD 21279-1571**

Job No.      : 474360
BU ID        : *01-DMV
Case No.     : 1:19-cv-588 (PTG/IDD)
Case Name    : Tutt -v- Wormuth, Secretary of the Army

# INVOICE

1 of 1

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 549952*** | 12/23/2022 | 474393 |
| **Job Date** | **Case No.** | |
| 12/9/2022 | 1:19-cv-588 (PTG/IDD) | |
| **Client and Case Name** | | |
| U.S. Department of Justice, Alexandria (0141) - Tutt -v- Wormuth, Secretary of the Army | | |
| **Payment Terms** | | |
| Due upon receipt | | |

**Planet Depos**
We Make It Happen

Client:
Kirstin O'Connor, Esquire
U.S. Department of Justice, Alexandria (0141)
2100 Jamieson Avenue
Alexandria, VA 22314

| | | | |
|---|---|---|---|
| TRANSCRIPT WITH INDEX OF: | | | |
| BG Vincent F. Malone | 100.00 | Pages | 350.00 |
| Exhibits | 16.00 | Pages | 8.00 |
| TRANSCRIPT WITH INDEX OF: | | | |
| Letitia Fournillier | 61.00 | Pages | 213.50 |
| Exhibits | 21.00 | Pages | 10.50 |
| Processing Fee | 1.00 | | 45.00 |
| | **TOTAL DUE >>>** | | **$627.00** |
| | AFTER 1/22/2023 PAY | | $658.35 |

Copy Firm: $3.50 @ 161 total pages: $563.50
Exhibits: $0.50 @ 16 (MALONE ONLY): $8
Processing Fee: $45

Client law firm, as named above is responsible for the payment of this invoice and such payment is not contingent on any prior receipt of monies by client. By use of Planet Depos' services client accepts the terms and conditions set forth herein.

For convenience, payment can be made online at https://planetdepos.com/pay with any major credit card- subject to a 3% convenience fee.

For billing questions, please email billing@planetdepos.com or call 888.433.3767. Invoice disputes must be brought to our attention within 30 days of receipt. In the event Planet Depos engages an attorney to collect any monies due from client, client shall be responsible for payment of Planet Depos' reasonable attorney's fees. Thank you for your business.

**Tax ID:** 26-3280557

*Please detach bottom portion and return with payment.*

---

Kirstin O'Connor, Esquire
U.S. Department of Justice, Alexandria (0141)
2100 Jamieson Avenue
Alexandria, VA 22314

R23VAELE104
"I certify that goods and/or services were received 12/27/22 (date) and accepted on 12/27/22 (date) Oral purchase was authorized and no confirming order has been issued"
Signature _Rachel O. Doshoff_ Date 12/27/22
Print Type Name and Title _Rachel A. Doshoff_
_Paralegal Specialist_

Remit To: **Planet Depos**
**P.O. BOX 791571**
**Baltimore, MD 21279-1571**

Invoice No. : 549952***
Invoice Date : 12/23/2022
**Total Due : $627.00**
AFTER 1/22/2023 PAY $658.35

Job No. : 474393
BU ID : *01-DMV
Case No. : 1:19-cv-588 (PTG/IDD)
Case Name : Tutt -v- Wormuth, Secretary of the Army

# I N V O I C E

1 of 1



| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 548056 | 12/16/2022 | 472996 |
| Job Date | | Case No. |
| 11/29/2022 | | 1:19-cv-588 (PTG/IDD) |
| Client and Case Name | | |
| U.S. Department of Justice, Alexandria (0141) - Tutt -v- Wormuth, Secretary of the Army | | |
| Payment Terms | | |
| Due upon receipt | | |

Client:
Tammy Zimmie
U.S. Department of Justice, Alexandria (0141)
2100 Jamieson Avenue
Alexandria, VA 22314

---

TRANSCRIPT WITH INDEX OF:

| | | | |
|---|---:|---|---:|
| Sonia Martinez | 61.00 | Pages | 213.50 |
| Exhibits | 32.00 | Pages | 16.00 |
| Processing Fee | 1.00 | | 45.00 |
| | **TOTAL DUE   >>>** | | **$274.50** |
| | AFTER 1/15/2023  PAY | | $288.23 |

Ordered by : Kirstin O'Connor, Esquire
U.S. Department of Justice, Alexandria (0141)
2100 Jamieson Avenue          12/16/2022          12/16/2022
Alexandria, VA 22314

Copy Firm: $3.50 @ 61 pages= $213.50
Exhibits: 32 @ $0.50= $16
Processing Fee: $45

TAMMY ZIMMIE
Digitally signed by TAMMY ZIMMIE
Date: 2022.12.19 09:44:22 -05'00'

Client law firm, as named above is responsible for the payment of this invoice and such payment is not contingent on any prior receipt of monies by client.  By use of Planet Depos' services client accepts the terms and conditions set forth herein.

For convenience, payment can be made online at https://planetdepos.com/pay with any major credit card- subject to a 3% convenience fee.

For billing questions, please email billing@planetdepos.com or call 888.433.3767.  Invoice disputes must be brought to our attention within 30 days of receipt.  In the event Planet Depos engages an attorney to collect any monies due from client, client shall be responsible for payment of Planet Depos' reasonable attorney's fees.  Thank you for your business.

---

**Tax ID:** 26-3280557

*Please detach bottom portion and return with payment.*

Tammy Zimmie
U.S. Department of Justice, Alexandria (0141)
2100 Jamieson Avenue
Alexandria, VA 22314

Invoice No.    : 548056
Invoice Date   : 12/16/2022
**Total Due**  : **$274.50**

AFTER 1/15/2023  PAY  $288.23

Remit To: **Planet Depos**
**P.O. BOX 791571**
**Baltimore, MD 21279-1571**

Job No.     : 472996
BU ID       : *01-DMV
Case No.    : 1:19-cv-588 (PTG/IDD)
Case Name   : Tutt -v- Wormuth, Secretary of the Army

# INVOICE

**Diversified Reporting Services, Inc.**
1426 Duke Street
Alexandria, VA  22314

| | |
|---|---|
| Invoice Number: | 95288 |
| Invoice Date: | Jan 6, 2023 |
| Page: | 1 |

*Duplicate*

Voice:  202-467-9200
Fax:    202-296-3468

| Bill To: | Ship to: |
|---|---|
| USAO Eastern Dist of Virginia<br>401 Courthouse Square<br>Alexandria, VA  22314<br>703-299-3760 | USAO Eastern Dist of Virginia<br>Kirstin O'Connor, Esq.<br>401 Courthouse Square<br>Alexandria, VA  22314<br>703-299-3799 |

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| ALEXANDRIA GJ DEPOS | 15JA05-20-D-00000163 | Net 30 Days | |
| **Sales Rep ID** | **Shipping Method** | **Ship Date** | **Due Date** |
|  | OTHER | 12/19/22 | 2/5/23 |

| Quantity | Item | Description | Unit Price | Amount |
|---|---|---|---|---|
|  |  | In The Matter of:<br>Tutt v. Wormuth, Secretary Army<br>December 5, 2022<br>Witness: Louis Melvin Tutt, III<br>****************************************** |  |  |
| 155.00 | GJAD CLIN 1014 | Depo Regular Delivery | 4.50 | 697.50 |
| 4.25 | GJAD CLIN 1025 | Alex Depo Hourly Attendance | 150.00 | 637.50 |

12/5/2022          12/5/2022

TAMMY ZIMMIE   Digitally signed by TAMMY ZIMMIE
Date: 2023.01.30 15:45:19 -05'00'

| | | |
|---|---|---|
| Subtotal | | 1,335.00 |
| Sales Tax | | |
| Total Invoice Amount | | 1,335.00 |
| Payment/Credit Applied | | |
| **TOTAL** | | **1,335.00** |

Check/Credit Memo No:

Federal Tax ID number:  52-1194149